**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LIDIA ESCOBAR MAYA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-161-KC |
| § | |
| KRISTI NOEM et al., § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 3, 2026, the Court granted in part Lidia Escobar Maya's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 3, 2026, Order 2–3, ECF No. 7. Escobar Maya now informs the Court that she was released from custody on February 10, 2026. Notice 1, ECF No. 9.

"The typical remedy in habeas corpus is physical release." *Jones v. Cain*, 600 F.3d 527, 541 (5th Cir. 2010). However, Escobar Maya argues that, despite her release, the Court should retain jurisdiction because "[h]abeas corpus relief is not limited to immediate release from illegal custody." Notice 4 (quoting *Zalawadia v. Ashcroft*, 371 F.3d 292, 300 (5th Cir. 2004)). And Respondents "have deprived her of her ability to drive by unlawfully seizing her driver's license" and thus "continue to restrain her liberty." *Id.*

Escobar Maya and her counsel have requested the return of her driver's license but been refused. *Id.* at 1–2, 3. Thus, she asks that the Court "order the immediate return of her important personal property." *Id.* at 5.

Accordingly, the Court **ORDERS** Respondents to **FILE** a response, **by no later than February 20, 2026**, explaining:

(1) Whether Escobar Maya's drivers license has been returned to her;

(2) If not, whether Respondents agree to return the driver's license, as well as their anticipated timeline and the concrete steps they are taking to do so;

(3) If Respondents do not agree to return the driver's license, the grounds on which they claim the authority to withhold it; and

(4) Respondents' position regarding this Court's authority to order them to return the driver's license in this habeas proceeding.

**SO ORDERED**.

**SIGNED** this 13th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE